**Fill in this information to identify the case:**

Debtor name **Tumbleweed Tiny House Company, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-11564**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:  Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,422,328.18** |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$5,761,971.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$4,857,682.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Tumbleweed Tiny House Company, Inc.**                    Case number (if known)   20-11564

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached spreadsheet** | 12/5/20-3/4/20 | **$890,345.19** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List all payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Steve Weissman<br>285 Pickett St.<br>Sonoma, CA 95476<br>President/CEO/Owner** | 3/4/19-3/4/20 | **$106,620.50** | **Monthly payments for: 3rd party loan repayment Brian Bahr ($76,872.50), credit card reimbursement ($11,748.00), corporate condo rent ($18,000)** |
| 4.2.   **Silver State<br>285 Picket Street<br>Sonoma, CA 95476<br>entity of Steve Wisemann** | 3/4/19-3/4/20 | **$45,961.83** | **Loan repayment** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Payables over $6,825 paid 12/5/19-3/4/20

| Type | Num | Date | Name | Item | Account | Paid Amount |
|------|-----|------|------|------|---------|-------------|
| | | | Alpine Lumber Total | | | 8,995.26 |
| | | | Bene-Fit Solutions Total | | | 15,618.33 |
| | | | Blazer Electrical Supply Total | | | 7,275.22 |
| | | | Boise Cascade Building Materials Distribu Total | | | 21,327.42 |
| | | | Capital Premium Financing, Inc Total | | | 29,567.83 |
| | | | Carson investment Properties Total | | | 41,049.00 |
| | | | CD Jones & Company Inc Total | | | 28,859.21 |
| | | | Excalibur Machine & Sheet Metal Total | | | 102,164.04 |
| | | | Forward Financial Total | | | 94,075.00 |
| | | | FreedomRoads Holding Company LLC Total | | | 29,828.00 |
| | | | Front Range Cabinets Total | | | 31,073.75 |
| | | | Home Depot Total | | | 8,020.68 |
| | | | Home Depot CC Total | | | 12,783.98 |
| | | | Jeld Wen Total | | | 12,071.42 |
| | | | Lane Supply Company Total | | | 12,360.28 |
| | | | Lowes Total | | | 11,116.79 |
| | | | Lowes-Lar Total | | | 12,067.10 |
| | | | Pinnacol Assurance Total | | | 36,704.37 |
| | | | Pirs Capital Total | | | 97,674.30 |
| | | | Precision Temp Inc Total | | | 17,906.14 |
| | | | Premium Panels Inc Total | | | 15,915.96 |
| | | | Rampart Supply Inc Total | | | 15,261.62 |
| | | | Rocky Mountain Forest Products Total | | | 10,264.32 |
| | | | Sampson Markets LLc Total | | | 26,025.00 |
| | | | Shaw Industries Inc Total | | | 6,920.74 |
| | | | Silver Fox Total | | | 8,425.00 |
| | | | Southern Carlson Total | | | 9,495.30 |
| | | | Spikes Transport LLC Total | | | 8,315.00 |
| | | | Steve Weissmann Total | | | 35,955.91 |
| | | | Total Quality Logistics Total | | | 27,765.24 |
| | | | United Healthcare Services Total | | | 40,342.73 |
| | | | Wadsworth Garber Warner Conrardy, PC Total | | | 25,000.00 |
| | | | Window World Total | | | 30,120.25 |

| Debtor | **Tumbleweed Tiny House Company, Inc.** | | Case number *(if known)*   **20-11564** |
|---|---|---|---|

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wadsworth Garber Warner Conrardy, P.C.** **2580 West Main Street** **Suite 200** **Littleton, CO 80120** | | **2/20/20** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Tumbleweed Tiny House Company, Inc.**                    Case number *(if known)*   **20-11564**

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **15 West MacArthur** **Sonoma, CA 95476** | **1/2009-6/2017** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Potential and current customer address and credit information. Collected and stored in a locked file cabinet in a locked office. Any records on computer is protected by outsourced IT firm and Debtor has insurance on cyber theft.**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    **Tumbleweed Tiny House Company, Inc.**                    Case number *(if known)*   **20-11564**

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☐  No.
    ■  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Debtor   **Tumbleweed Tiny House Company, Inc.**                     Case number *(if known)*   **20-11564**

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| OSHA Inspection No. 1416443 | OSHA c/o David Nelson, Area Director 7935 E. Prentice Ave., Suite 209 Englewood, CO 80111 | safety violations / making payments | ☐ Pending ☐ On appeal ■ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Joseph Zalewski 1450 Valley Street Colorado Springs, CO 80915 | 9/18/18-present |
| 26a.2.  Stockman, Kast & Ryan Company 102 N. Cascade Ave., #400 S Colorado Springs, CO 80903 | 1/2018-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   **Tumbleweed Tiny House Company, Inc.**                     Case number *(if known)*   **20-11564**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Joe Zalewski, CFO**<br>**1450 Valley Street**<br>**Colorado Springs, CO 80915** | |
| 26c.2.   **Kaylin Stepien, Accountant**<br>**1450 Valley Street**<br>**Colorado Springs, CO 80915** | |
| 26c.3.   **Judi Scott, Finance Manager**<br>**1450 Valley Street**<br>**Colorado Springs, CO 80915** | |
| 26c.4.   **Stockman, Kast, Ryan & Co, LLP**<br>**102 N. Cascade Ave., Suite 400**<br>**Colorado Springs, CO 80903** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Dan Hertel** | **2/28/20** | **$326,970.21** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Dan Hertel**<br>**1450 Valley Street**<br>**Colorado Springs, CO 80915** |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steve Weissman** | **285 Pickett St.**<br>**Sonoma, CA 95476** | **President/CEO** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor **Tumbleweed Tiny House Company, Inc.**                    Case number *(if known)*  **20-11564**

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Steve Weissman**<br>**285 Pickett St.**<br>**Sonoma, CA 95476** | **$131,379.79** | **Payroll from 3/5/19-3/4/20** | **Salary** |
| Relationship to debtor<br>**President/CEO/Owner** | | | |
| 30.2 **Joseph Zalewski**<br>**1232 Paula Circle**<br>**Monument, CO 80132** | **$117,629.97** | **Payroll from 3/5/19-3/4/20** | **Salary** |
| Relationship to debtor<br>**CFO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     *3-18-20*

Signature of individual signing on behalf of the debtor            **Steve Weissmann**
                                                                     Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    **Tumbleweed Tiny House Company, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-11564**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................   $       0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................   $       703,603.45

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................   $       703,603.45

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $       1,002,652.05

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $       31,973.91

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................................   +$       4,048,082.45

4.   Total liabilities ................................................................................................
    Lines 2 + 3a + 3b                   $       5,082,708.41

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Tumbleweed Tiny House Company, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-11564**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $151.64 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Operating checking account** | **8167** | $55,429.38 |
| 3.2. | **Chase Bank** | **Payroll checking account** | **2707** | $2,912.21 |
| 3.3. | **Chase Bank** | **Customer deposit account** | **1680** | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $58,493.23 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

Debtor   **Tumbleweed Tiny House Company, Inc.**                    Case number *(If known)*   **20-11564**
Name

| | | |
|---|---|---|
| 7.1. | **Security deposit on lease** | **$26,666.00** |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid software -Microsoft Office 365** | **$872.70** |
| 8.2. | **Prepaid insurance -Capital Premium Finance /Selective Insurance (corporate insurance)** | **$22,738.58** |
| 8.3. | **Prepaid Weissmann note payable (Bahr loan)** | **$7,687.25** |
| 8.4. | **Prepaid RVIA (RV certification stickers)** | **$231.00** |
| 8.5. | **Prepaid TYCO / Johnson Controls** | **$876.40** |

**9.**    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                    **$59,071.93**

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**    **Accounts receivable**

| 11a. 90 days old or less: | 10,303.00 | - | 0.00 | = .... | **$10,303.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 80,268.00 | - | 0.00 | = .... | **$80,268.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 28,267.00 | - | 0.00 | = .... | **$28,267.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$118,838.00**

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number *(if known)* **20-11564** |
|---|---|---|
| | Name | |

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **All materials used in the production of product that is not currently work in progress elsewhere** | 2/28/20 | $96,175.22 | Recent cost | $95,732.20 |
| 20. | **Work in progress** **Materials currently in various levels of production** | 2/28/20 | $237,930.75 | Recent cost | $168,205.17 |
| 21. | **Finished goods, including goods held for resale** **Finished RV products on site** | 2/28/20 | $116,337.84 | Recent cost | $58,168.92 |
| 22. | **Other inventory or supplies** **Prepaid materials that have been purchased but not received** | 2/28/20 | $18,827.73 | Recent cost | $4,863.92 |

| 23. | **Total of Part 5.** | | $326,970.21 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Tumbleweed Tiny House Company, Inc.**                    Case number *(If known)*  **20-11564**
Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desks and furniture** | $43,814.39 | Recent cost | $0.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and misc. including software** | $69,910.92 | Recent cost | $33,286.08 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $33,286.08 |
|---|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2015 Ford F-350 truck (225,597 miles)** | $60,439.93 | Comparable sale | $24,999.00 |
| 47.2. | **2014 Ford F-250 truck (85,309 miles)** | $29,204.22 | Comparable sale | $23,995.00 |
| 47.3. | **2016 Ford F-350 truck (92,156 miles)** | $60,815.64 | Comparable sale | $33,950.00 |
| 47.4. | **2015 Dodge Ram 5500 (141,843 miles)** | $62,047.76 | Comparable sale | $21,500.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | **Tumbleweed Tiny House Company, Inc.** | | Case number *(If known)* | **20-11564** |
| | Name | | | |

| 47.5. | 28' Keystone truck trailer rv | $4,100.00 | Recent cost | $2,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Misc. production machinery & equipment    $217,715.32    Unknown

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $106,944.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Leasehold improvements to building | Leasehold Interest | $18,927.34 | | $0.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor   **Tumbleweed Tiny House Company, Inc.**
Name

Case number *(if known)*  **20-11564**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **All patents, copyrights, trademarks & trade secrets** | **Unknown** | | **Unknown** |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Customer records** | **$0.00** | | **$0.00** |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** **Goodwill** | **$1,000.00** | | **Unknown** |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☒ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Tumbleweed Tiny House Company, Inc.**                    Case number *(If known)*  **20-11564**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$58,493.23** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$59,071.93** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$118,838.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$326,970.21** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$33,286.08** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$106,944.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ..........................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$703,603.45** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$703,603.45** |

**Fill in this information to identify the case:**

Debtor name **Tumbleweed Tiny House Company, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-11564**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ally Bank** Creditor's Name **Payment Processing Center PO Box 9001948 Louisville, KY 40290** Creditor's mailing address | **Describe debtor's property that is subject to a lien** 2015 Dodge Ram 5500 (141,843 miles) | $15,459.73 | $21,500.00 |

**2.1** **Ally Bank**
Creditor's Name

**Payment Processing Center**
**PO Box 9001948**
**Louisville, KY 40290**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**6/29/2015**
**Last 4 digits of account number**
**5140**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2015 Dodge Ram 5500 (141,843 miles)

**Describe the lien**
Automobile loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$15,459.73**   Column B: **$21,500.00**

---

**2.2** **Ford Motor Company**
Creditor's Name

**PO Box 650575**
**Dallas, TX 75265**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**4/27/2016**
**Last 4 digits of account number**
**7504**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2016 Ford F-350 truck (92,156 miles)

**Describe the lien**
Automobile loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$21,863.30**   Column B: **$33,950.00**

| Debtor | **Tumbleweed Tiny House Company, Inc.** | | Case number (if known) | **20-11564** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Company** | Describe debtor's property that is subject to a lien | $13,213.51 | $24,999.00 |
|---|---|---|---|---|
| | Creditor's Name | **2015 Ford F-350 truck (225,597 miles)** | | |

**PO Box 650575**
**Dallas, TX 75265**
Creditor's mailing address

**Describe the lien**
**Automobile loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/4/2016**
**Last 4 digits of account number**
**4043**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Ford Motor Company** | Describe debtor's property that is subject to a lien | $7,019.65 | $23,995.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 Ford F-250 truck (85,309 miles)** | | |

**PO Box 650575**
**Dallas, TX 75265**
Creditor's mailing address

**Describe the lien**
**Automobile loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/23/2015**
**Last 4 digits of account number**
**7521**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Forward Financing, LLC** | Describe debtor's property that is subject to a lien | $85,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Future Receivables** | | |

**100 Summer Street, #1175**
**Boston, MA 02110**
Creditor's mailing address

**Describe the lien**
**Future Receivables**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**agodfrey@forwardfinancin**
**g.com**
Creditor's email address, if known

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Tumbleweed Tiny House Company, Inc. | Case number (if known) | 20-11564 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**10/3/2019**
**Last 4 digits of account number**

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Janine Sagert | Describe debtor's property that is subject to a lien | $151,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Cash, accounts receivable, trademarks, copyrights, inventory, materials, office supplies, computers, excluding houses.** | | |

**P.O. Box 150207**
**San Rafael, CA 94915**
Creditor's mailing address

Describe the lien
**Secured loan**
Is the creditor an insider or related party?
☑ No
☐ Yes

**janinesagert@gmail.com**
Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/5/2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | John and Natasha Downing | Describe debtor's property that is subject to a lien | $51,858.90 | $85,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Finished Unit** | | |

**720 Grandview Road**
**Sebastopol, CA 95472**
Creditor's mailing address

Describe the lien
**Secured loan**
Is the creditor an insider or related party?
☑ No
☐ Yes

**johndowning88@comcast.net**
Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/16/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.8 | PIRS Capital, LLC | Describe debtor's property that is subject to a lien | $230,260.62 | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Tumbleweed Tiny House Company, Inc.**                    Case number (if known)   **20-11564**

_____
Name

| | |
|---|---|
| Creditor's Name | **Future Receivables** |

**40 Exchange Place**
**New York, NY 10005**

Creditor's mailing address

**Describe the lien**
**Future Receivables**

Is the creditor an insider or related party?

**adjustments@pirscapital.c**
**om**

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**12/10/2019**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.9 | **REDI Gunn 1, LLC** | **Describe debtor's property that is subject to a lien** | **$100,708.33**     **Unknown** |
| | Creditor's Name | **All assets** | |

**Attn: Pete**
**750 E. US Highway 24,**
**Suite 202**
**Woodland Park, CO 80863**

Creditor's mailing address

**Describe the lien**
**Secured loan**

Is the creditor an insider or related party?

**c3peteo@aol.com**

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**4/24/2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.1 0 | **Silver State Capital &** **Lending LLC** | **Describe debtor's property that is subject to a lien** | **$326,268.01**     **Unknown** |
| | Creditor's Name | **All Assets** | |

**285 Pickett Street**
**Sonoma, CA 95476**

Creditor's mailing address

**Describe the lien**
**Secured loan**

Is the creditor an insider or related party?

**Steve.weissmann@tumble**
**weedhouses.com**

Creditor's email address, if known

☐ No
■ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Tumbleweed Tiny House Company, Inc.**                Case number (if known)   **20-11564**
         Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,002,652.05**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ford Credit**<br>**PO Box 790093**<br>**Saint Louis, MO 63179-0093** | Line  **2.2** | |
| **Forward Financing, LLC**<br>**Corporate Creations Network, Inc.**<br>**3411 Silverside Road**<br>**Tatnall Building, Ste. 104**<br>**Wilmington, DE 19810** | Line  **2.5** | |

---

**Fill in this information to identify the case:**

Debtor name __**Tumbleweed Tiny House Company, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __**20-11564**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**PO Box 29010**<br>**Phoenix, AZ 85038** | $24,570.95 | $24,570.95 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax due**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| **2.2** | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**Sales Tax**<br>**Denver, CO 80261** | $7,402.96 | $7,402.96 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax due**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,780.76 |
|---|---|---|
| **475 High Performance** | ☐ Contingent | |
| **334 Douglass St.** | ☐ Unliquidated | |
| **Brooklyn, NY 11217** | ☐ Disputed | |
| Date(s) debt was incurred  **1/2020** | Basis for the claim:  **Materials/services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|
| **ADESA Charlotte** | ☐ Contingent | |
| **11600 Fruhauf Dr.** | ☐ Unliquidated | |
| **Charlotte, NC 28273** | ☐ Disputed | |
| Date(s) debt was incurred  **12/10/19** | Basis for the claim:  **Materials/services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,975.00 |
|---|---|---|
| **Airtech Mechanical** | ☐ Contingent | |
| **PO Box 76713** | ☐ Unliquidated | |
| **Colorado Springs, CO 80970** | ☐ Disputed | |
| Date(s) debt was incurred  **4/30/19** | Basis for the claim:  **Services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,712.00 |
|---|---|---|
| **Allison Swatt** | ☐ Contingent | |
| **60 West Prospect St.** | ☐ Unliquidated | |
| **New Haven, CT 06515** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Deposit on Tiny House** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,302.85 |
|---|---|---|
| **Alpine Lumber** | ☐ Contingent | |
| **3370 Drennan Industrial Loop** | ☐ Unliquidated | |
| **Colorado Springs, CO 80916** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Materials** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.83 |
|---|---|---|
| **Alside Supply Center, Colorado** | ☐ Contingent | |
| **950 Ford St.** | ☐ Unliquidated | |
| **Colorado Springs, CO 80915** | ☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Supplies** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,631.00 |
|---|---|---|
| **Anita Hirth** | ☐ Contingent | |
| **202 Smoke Stack Rd.** | ☐ Unliquidated | |
| **Hartsel, CO 80449** | ☐ Disputed | |
| Date(s) debt was incurred  **4/29/2019** | Basis for the claim:  **Warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $317.50 |
|---|---|---|
| **AspectLED, a Wilson Tool Co.**<br>**4900 Constellation Drive**<br>**White Bear Lake, MN 55127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  2019** | **Basis for the claim:  Materials** | |
| **Last 4 digits of account number** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,073.73 |
|---|---|---|
| **Austin Hardwoods**<br>**975 W. Mississippi Ave.**<br>**Denver, CO 80223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  2020** | **Basis for the claim:  Materials** | |
| **Last 4 digits of account number** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,280.00 |
|---|---|---|
| **Bailey Anderson**<br>**40580 Cricket Cir.**<br>**Elizabeth, CO 80107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  10/18/19** | **Basis for the claim:  Warranty claim** | |
| **Last 4 digits of account number** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,876.00 |
|---|---|---|
| **Blazer Electrical Supply**<br>**PO Box 636**<br>**Pueblo, CO 81002-0636** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:  Materials** | |
| **Last 4 digits of account number** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,030.34 |
|---|---|---|
| **Blue Linx Corp**<br>**PO Box 505271**<br>**Saint Louis, MO 63150-5271** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:  Revolving charge / Materials** | |
| **Last 4 digits of account number** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,620.45 |
|---|---|---|
| **BMC West, LLC**<br>**PO Box 59898**<br>**Los Angeles, CA 90074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:  Materials/services** | |
| **Last 4 digits of account number** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,435.98 |
|---|---|---|
| **Boise Cascade Building Materials Dist.**<br>**Department 0256**<br>**Denver, CO 80256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** | **Basis for the claim:  Materials** | |
| **Last 4 digits of account number** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Brady Torgrimson**
2237 Monach Dr.
Park City, UT 84060

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for Tiny House**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |
|---|---|---|---|

**Brynn Burger**
791 White Top Rd.
Bluff City, IN 47618

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,615.00 |
|---|---|---|---|

**BWise Manufacturing**
1002 Wayne Ave.
Chambersburg, PA 17201

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,917.73 |
|---|---|---|---|

**Capital Lumber Company**
PO Box 29639
Phoenix, AZ 85038

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $395.00 |
|---|---|---|---|

**Capital Services**
PO Box 1831
Austin, TX 78767

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials/services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,413.00 |
|---|---|---|---|

**Carson Investment Properties**
PO Box 101631
Cape Coral, FL 33910

Date(s) debt was incurred  **1/1/20-2/28/20**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,608.33 |
|---|---|---|---|

**CD Jones & Company, Inc.**
PO Box 2074
Mission, KS 66201

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | | **$750.00**

**Charles McMurray Co**
PO Box 569
Fresno, CA 93709

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | | **$70.00**

**Cheryl Stone-Stucker**
9610 W. Deep Creek Blvd.
Hastings, FL 32145

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | | **$4,000.00**

**Christopher Bolding, Jr.**
1960 Morse Ave. #2
Sacramento, CA 95825

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Deposit for Tiny House__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | | **$300.00**

**Cole Armbrust**
4276 Rector Corner Rd.
Marshall, NC 28753

Date(s) debt was incurred __1/8/20__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | | **$12,126.30**

**Colorado Lumber Specialties**
3636 N. Stone Ave.
Colorado Springs, CO 80907

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Materials__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | | **$872.88**

**Comcast**
PO Box 34744
Seattle, WA 98124

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | | **$5,506.70**

**Computer Cats**
3531 S. Logan St., Ste. 174
Englewood, CO 80113

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,832.90**

**Core Logic Credco LLC**
**PO Box 847070**
**Dallas, TX 75284-7070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,500.00**

**Dawn White**
**30 Greenview Dr., Apt 16**
**Manchester, NH 03102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Deposit on Tiny House**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Don Johnson**
**1519 Timbercreek Rd. Apt 3**
**Rolla, MO 65401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Deposit for Tiny House**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Elizabeth Caul**
**120 Main St.**
**Philmont, NY 12565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Deposit on Tiny House**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Erika Coates**
**14935 State Hwy 88**
**Jackson, CA 95642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Deposit on Tiny House**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Evan Staller**
**1229 SE 36th Ave.**
**Portland, OR 97214**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Deposit for Tiny House**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,274.91**

**Excalibur Machine and Sheet Metal**
**208 W. Buchanan Street**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$235.32**

**Fastenal**
**PO Box 978**
**Winona, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,412.88**

**Ferguson Enterprises Inc.**
**PO Box 802817**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,364.88**

**First Choice Coffee**
**5023 List Dr.**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,513.83**

**Flatiron Steel Inc.**
**Attn: Tory Brown**
**11500 21st Street**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Materials

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Formation V, LLC**
**260 Glencoe St.**
**Denver, CO 80220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,930.30**

**Frank Paxton Lumber**
**PO Box 74007371**
**Chicago, IL 60674-7371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Materials

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,718,272.67**

**FreedomRoads Holding Company, LLC**

**250 Parkway Dr., Suite 270**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2/15/19

Basis for the claim:  Loan

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **Tumbleweed Tiny House Company, Inc.**                          Case number (if known)   **20-11564**
_____
Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,351.32** |
|---|---|---|---|

**Front Range Cabinets**
925 Ford St.
Colorado Springs, CO 80915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Materials**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,028.12** |
|---|---|---|---|

**Furrion**
52567 Independence Court
Elkhart, IN 46514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85,000.00** |
|---|---|---|---|

**Gina Lee**
224 Baker Ln
Durango, CO 81303

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Deposit for Tiny House**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$533.80** |
|---|---|---|---|

**Glaser Energy Group Inc.**
215 Auburn Dr.
Colorado Springs, CO 80909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Materials**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Gretchen Anderson**
16943 Russian Hill Ln SE
Rainier, WA 98576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/7/20

Basis for the claim:  **Warranty Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,117.42** |
|---|---|---|---|

**Home Depot Credit Card**
PO Box 9001030
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Materials**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,847.00** |
|---|---|---|---|

**Home Heating Service Inc**
1565 Tuskegee Pl.
Colorado Springs, CO 80915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,109.16**

**IDI Distributors**
**BIN 88008**
**Milwaukee, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$554.20**

**Insulfoam**
**PO Box 100995**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Jared Woods**
**193 North Main St.**
**South Deerfield, MA 01373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Deposit on Tiny House**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Jason McCoy**
**770 S 725 W**
**Woods Cross, UT 84087**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Deposit for Tiny House**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Jennifer Michaud**
**520 S Third St.**
**Studio 15**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/7/2019**

Basis for the claim: **Warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Joe Armeni**
**453 W. 3rd Ave.**
**Columbus, OH 43201**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Deposits for Tiny Houses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Joel Giannola**
**16587 N. Thurdercliff Way**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/19/20**

Basis for the claim: **Warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Johnson Controls / Tyco**
**PO Box 371967**
**Pittsburgh, PA 15250-7967**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$876.40

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Johnson Controls Fire Protection LP**
**Dept CH 10320**
**Palatine, IL 60055**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$440.00

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Joseph Fondren**
**187 Sherwood Farm Rd**
**Omaha, TX 75571**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit on Tiny House

Is the claim subject to offset? ■ No ☐ Yes

$10,000.00

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Julie Lapidus**
**2370 West Highway 89A**
**Sedona, AZ 86336**

Date(s) debt was incurred  2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Warranty Claim

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Julie Menchek**
**4161 E Oakwood Rd.**
**Oak Creek, WI 53154**

Date(s) debt was incurred  2/20/20

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Warranty claim

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Jupiter Lighting**
**38 Cowlitz St. W #223**
**Castle Rock, WA 98611**

Date(s) debt was incurred  2019

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,006.46

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Kaylah Barrett**
**28814 Ben Howard Rd**
**Monroe, WA 98272**

Date(s) debt was incurred  2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Warranty claim

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

**3.64** Nonpriority creditor's name and mailing address
**Kublize, LLC**
927 Stewart St., #5
Santa Rosa, CA 95404

Date(s) debt was incurred  **8/24/2011**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,300.00**

---

**3.65** Nonpriority creditor's name and mailing address
**Kyle Young**
2800 Alexander Ave.
Waco, TX 76708

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit on Tiny House**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,500.00**

---

**3.66** Nonpriority creditor's name and mailing address
**Lane Supply Company**
2050 West Barberry Place
Denver, CO 80204

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,693.41**

---

**3.67** Nonpriority creditor's name and mailing address
**Lasseter**
PO Box 1299
Glen Ellen, CA 95442

Date(s) debt was incurred  **11/29/18**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,000.00**

---

**3.68** Nonpriority creditor's name and mailing address
**Lincoln Financial Group**
PO Box 0821
Carol Stream, IL 60132-0821

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$759.31**

---

**3.69** Nonpriority creditor's name and mailing address
**Linkenheimer LLP**
187 Concourse Blvd.
Santa Rosa, CA 95403

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$7,744.99**

---

**3.70** Nonpriority creditor's name and mailing address
**Lippert Components**
88704 Expedite Way
Chicago, IL 60695-1700

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$818.33**

---

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,650.43 |
|---|---|---|---|

**Lowes**
PO Box 530954
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Materials**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Maggi Jo Sharp**
2324 Left Lane
Arroyo Grande, CA 93420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/19**

Basis for the claim:  **Warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marlin Leasing**
300 Fellowship Road
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,310.00 |
|---|---|---|---|

**Matt Mueller**
148 Old Ferry Rd.
Sneads Ferry, NC 28460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/5/19**

Basis for the claim:  **Warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,107.00 |
|---|---|---|---|

**Matthew Camp**
817 N 26th St
Bismarck, ND 58501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Deposit on Tiny House**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Maya Neal**
2343 W. Main St.
Mesa, AZ 85201

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Deposit for Tiny House**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.23 |
|---|---|---|---|

**McMaster-Carr**
PO Box 7690
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $526.80 |
|---|---|---|---|

**Metal Mart**
**PO Box 1735**
**Shreveport, LA 71166-1735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.75 |
|---|---|---|---|

**Michael Muehlberger**
**1444 Old Okeechobee Rd. #23**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Late delivery/warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Mollie Houkom**
**760 W 400S**
**Victor, ID 83455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2020**

Basis for the claim:  **Reimbursement / Warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,732.65 |
|---|---|---|---|

**Nature's Head Inc.**
**121 Hudson Rd**
**Lagrange, GA 30240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Neyman**
**705 S Prospect St. Apt A**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/12/19**

Basis for the claim:  **Warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Nicholas Di Donato**
**6018 Mescallero Place**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Deposit on Tiny House**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Nicole Clement**
**424 East Lehman St.**
**Lebanon, PA 17046**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Deposit for Tiny House**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,500.00** |
|---|---|---|---|

**Oak Forest Tiny Homes**
**8207 Canoga Ave.**
**Austin, TX 78724**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,369.00** |
|---|---|---|---|

**Office Pride**
**3450 East Lake Rd., Suite 202**
**Palm Harbor, FL 34685**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,984.00** |
|---|---|---|---|

**OSHA**
**David Nelson, Area Director**
**7935 E. Prentice Ave., Suite 209**
**Englewood, CO 80111**

Date(s) debt was incurred  **9/30/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Safety violation fines**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,708.74** |
|---|---|---|---|

**Pahoda Image Products**
**14143 Denver West Pkwy, Suite 100**
**Golden, CO 80401**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,500.00** |
|---|---|---|---|

**Pam Rentschler**
**1485 Bear Creek Loop**
**Cameron, MT 59720**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit on Tiny House**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Pat Noland**
**1181 Hamilton Ln**
**Chokoloskee, FL 34138**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit on Tiny House**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Phillip LaCroix**
**44512 N. New River Rd.**
**Youngstown, OH 44512**

Date(s) debt was incurred  **12/11/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

| 3.92 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Precision Temp Inc.**
**3428 Hauck Rd., Suite G**
**Cincinnati, OH 45241**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,047.51**

---

| 3.93 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Premium Panels Inc.**
**6270 Joyce Drive**
**Arvada, CO 80403**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,358.13**

---

| 3.94 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rampart Supply Inc.**
**PO Box 1089**
**Colorado Springs, CO 80901**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,408.72**

---

| 3.95 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**REDI Gunn 1, LLC**
**Attn: Pete**
**750 E. US Highway 24, Suite 202**
**Woodland Park, CO 80863**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$791.67**

---

| 3.96 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Reliane Metal Center Division #15**
**PO Box 561450**
**Denver, CO 80256**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,447.90**

---

| 3.97 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Remco**
**2210 Bott Ave**
**Colorado Springs, CO 80904**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$466.91**

---

| 3.98 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rick's Edge**
**18 1/2 Swope Ave.**
**Colorado Springs, CO 80909**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$253.00**

---

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

**3.99** **Nonpriority creditor's name and mailing address**

**RIS Beacon Pro/Roof Depot**
**Denver Branch**
**PO Box 101087**
**Pasadena, CA 91189**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials/services**

Is the claim subject to offset? ■ No ☐ Yes

**$732.21**

---

**3.100** **Nonpriority creditor's name and mailing address**

**RKO Management**
**20950 Ranchette Trail**
**Calhan, CO 80808**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$512.50**

---

**3.101** **Nonpriority creditor's name and mailing address**

**Robert Smith**
**91 Bear Trail**
**Walsenburg, CO 81089**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.102** **Nonpriority creditor's name and mailing address**

**Rocky Mountain Air Solutions**
**PO Box 78000**
**Dept. 78716**
**Detroit, MI 48278**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$487.85**

---

**3.103** **Nonpriority creditor's name and mailing address**

**Sabrina Bauer**
**6725 Mission George Rd.**
**San Diego, CA 92120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for Tiny House**

Is the claim subject to offset? ■ No ☐ Yes

**$5,200.00**

---

**3.104** **Nonpriority creditor's name and mailing address**

**Sampson Markets LLC**
**3921 Mallard Ave.**
**Evans, CO 80621**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

**3.105** **Nonpriority creditor's name and mailing address**

**Sean Maley & Lisa Marshall**
**19 Arcadian Trail**
**Monroe, NY 10950**

Date(s) debt was incurred  **12/15/19**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address

**Sharon Coddington**
**Prairie Estates RV Park**
**22825 CO 94**
**Calhan, CO 80808**

Date(s) debt was incurred  **8/17/19**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.107** | Nonpriority creditor's name and mailing address

**Shaw Industries Inc.**
**PO Box 3305**
**Boston, MA 02241-3305**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,843.34**

---

**3.108** | Nonpriority creditor's name and mailing address

**Snavely Forest Products**
**PO Box 204475**
**Dallas, TX 75320-4475**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,617.28**

---

**3.109** | Nonpriority creditor's name and mailing address

**Southern Carlson**
**PO Box 744372**
**Atlanta, GA 30374**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,874.00**

---

**3.110** | Nonpriority creditor's name and mailing address

**Sparks Wilson**
**24 South Weber St., Suite 400**
**Colorado Springs, CO 80903**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,731.34**

---

**3.111** | Nonpriority creditor's name and mailing address

**Spikes Transport LLC**
**3881 Loma Brisa Dr.**
**El Paso, TX 79938**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,205.00**

---

**3.112** | Nonpriority creditor's name and mailing address

**Springs Mountain Water**
**123 Winters Dr.**
**Colorado Springs, CO 80907**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$440.63**

---

Debtor **Tumbleweed Tiny House Company, Inc.**                     Case number (if known)    **20-11564**
_____
Name

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$247,656.61** |
|---|---|---|---|

**Steve Weissmann**
**285 Pickett St.**
**Sonoma, CA 95476**

Date(s) debt was incurred  **4/12/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,229.77** |
|---|---|---|---|

**Stockman Kast Ryan & Co LLP**
**102 N. Cascade Ave., Suite 400**
**Colorado Springs, CO 80903**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Suzanne Collins**
**511 Little Berry Rd**
**Somerville, TX 77879**

Date(s) debt was incurred  **4/9/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,300.00** |
|---|---|---|---|

**Tabitha Luce**
**10194 Keenan Way**
**Grass Valley, CA 95949**

Date(s) debt was incurred  __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit on Tiny House**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Tonja Batt**
**105 Bailey Kay Court**
**Jarrell, TX 76537**

Date(s) debt was incurred  __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for Tiny House**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,640.00** |
|---|---|---|---|

**Total Quality Logistics**
**PO Box 634558**
**Cincinnati, OH 45263-4558**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,625.00** |
|---|---|---|---|

**TRA Certification, Inc.**
**700 E. Beardsley Ave.**
**PO Box 1081**
**Elkhart, IN 46515**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address

**Tracy Abbott**
**2530 Sand Dollar Rd W**
**Bremerton, WA 98321**

Date(s) debt was incurred  **11/4/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.121** | Nonpriority creditor's name and mailing address

**Uline**
**Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,008.08**

---

**3.122** | Nonpriority creditor's name and mailing address

**Unibind-Peleman Industries, Inc.**
**11820 Wills Road, Suite 100**
**Alpharetta, GA 30009**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials/services**

Is the claim subject to offset? ■ No  ☐ Yes

**$353.57**

---

**3.123** | Nonpriority creditor's name and mailing address

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,752.24**

---

**3.124** | Nonpriority creditor's name and mailing address

**Vents-US**
**11013 Kenwood Rd.**
**Cincinnati, OH 45242**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,473.11**

---

**3.125** | Nonpriority creditor's name and mailing address

**Vital Records Control**
**Dept 5874**
**PO Box 11407**
**Birmingham, AL 35246**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$123.75**

---

**3.126** | Nonpriority creditor's name and mailing address

**W.B. Mason Co, Inc.**
**PO Box 981101**
**Boston, MA 02298**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,098.32**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Tumbleweed Tiny House Company, Inc.** | Case number (if known) | **20-11564** |
|---|---|---|---|
| | Name | | |

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,358.42 |
|---|---|---|---|
| | **Waste Management of Colorado Springs**<br>**PO Box 78251**<br>**Phoenix, AZ 85062-8251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,691.92 |
|---|---|---|---|
| | **Window World**<br>**4460 Forrest Hill Rd.**<br>**Colorado Springs, CO 80907** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Materials** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,918.00 |
|---|---|---|---|
| | **Wolfpack Chassis, LLC**<br>**800 Weston Ave.**<br>**Kendallville, IN 46755** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Materials** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $327.08 |
|---|---|---|---|
| | **Xerox Financial Services**<br>**PO Box 202882**<br>**Dallas, TX 75320-2882** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Carson Investment Properties**<br>**PO Box 125**<br>**Beulah, CO 81023** | Line **3.20**<br><br>☐ Not listed. Explain _____ | __ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 31,973.91 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,048,082.45 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,080,056.36 |

**Fill in this information to identify the case:**

Debtor name      **Tumbleweed Tiny House Company, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-11564**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of non-residential real property at: 1450 Valley Street, Colorado Springs, CO 80915**<br>**3/31/2021**<br><br>**Carson Investment Properties**<br>**PO Box 101631**<br>**Cape Coral, FL 33910** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of 3 laptops (expires 9/30/2020) and IT support service agreement (month to month)**<br>**9/30/2020**<br><br>**Computer Cats**<br>**3531 S. Logan St., Ste. 174**<br>**Englewood, CO 80113** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Netscape ERP SW**<br><br>**10/2019**<br><br>**Marlin Leasing**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Lease of 2012 Nissan Altima to company, payments made to Security Services FCU. Car is in Steve's name and used for business purposes.**<br><br>**Steve Weissmann**<br>**285 Pickett St.**<br>**Sonoma, CA 95476** |

Debtor 1   **Tumbleweed Tiny House Company, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*   **20-11564**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Xerox WorkCentre 7225/PT2 with fax and wifi** | |
|---|---|---|---|
| | State the term remaining | **11/12/2020** | **Xerox Financial Services** |
| | List the contract number of any government contract | | **PO Box 202882** |
| | | | **Dallas, TX 75320-2882** |

**Fill in this information to identify the case:**

Debtor name    **Tumbleweed Tiny House Company, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **20-11564**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Steve Weissmann** | **285 Pickett St. Sonoma, CA 95476** | **Carson Investment Properties** | ☐ D _____<br>☑ E/F __3.20__<br>☐ G _____ |
| 2.2 | **Steve Weissmann** | **285 Pickett St. Sonoma, CA 95476** | **Forward Financing, LLC** | ☑ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Steve Weissmann** | **285 Pickett St. Sonoma, CA 95476** | **PIRS Capital, LLC** | ☑ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Steve Weissmann** | **285 Pickett St. Sonoma, CA 95476** | **Carson Investment Properties** | ☐ D _____<br>☐ E/F _____<br>☑ G __2.1__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name **Tumbleweed Tiny House Company, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-11564**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*  **20 Largest Unsecured Creditors**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _3-18-20_    X _____
                              Signature of individual signing on behalf of debtor

                           **Steve Weissmann**
                           Printed name

                           **Chief Executive Officer**
                           Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy